# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2025 KW 0398

**JUNE 30, 2025**

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04145.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to recuse filed on March 7, 2025, on or before August 15, 2025.  A copy of the district court's action shall be filed in this court on or before August 22, 2025.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT